# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2017

154159

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

TAMMY McNEILL-MARKS,
      Plaintiff-Appellee,

v

                                SC: 154159
                                COA: 326606
                                Gratiot CC: 14-011876-NZ

MIDMICHIGAN MEDICAL CENTER-
GRATIOT,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 16, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the plaintiff's communication with her attorney constitutes a report to a public body within the meaning of MCL 15.361(d) and MCL 15.362 such that it is protected activity under the Whistleblowers' Protection Act, MCL 15.361 *et seq*. The parties should not submit mere restatements of their application papers.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2017

t0117

Clerk